HARRELL, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 10175.

Circuit Court of Appeals, Fifth Circuit.

June 5, 1942.

Homer A. Harrell, in pro. per., of Atlanta, Ga., for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON and HOLMES, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

It is clear from an examination of the record that the judgment appealed from was right and it is affirmed.

William KENDRICK, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 10204.

Circuit Court of Appeals, Fifth Circuit.

June 5, 1942.

William Kendrick, in pro. per., of Atlanta, Ga., for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON and HOLMES, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

It is clear from an examination of the record that the judgment appealed from was right and it is affirmed.

Max KING, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 10275.

Circuit Court of Appeals, Fifth Circuit.

June 5, 1942.

Max King, for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON and HOLMES, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

It is clear from an examination of the record that the judgment appealed from was right and it is affirmed.

SOUTHERN S. S. CO., Appellant, v. Augustus P. NORTON, Deputy Commissioner, Third Compensation District, and Benjamin Moultrie, Appellees.

No. 7918.

Circuit Court of Appeals, Third Circuit.

Argued May 4, 1942.

Decided May 20, 1942.

George F. Blewett, of Philadelphia, Pa., for appellant.

J. Barton Rettew, Jr., of Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., and E. Herman Fuiman, both of Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Judge Kalodner, D.C., 41 F.Supp. 108.